HAYWORTH *v.* HAWKINS and Another.

APPEAL from the *Tippecanoe* Circuit Court.

*Per Curiam.* — *Hayworth* purchased of *William* and *James Hawkins*, land that had been devised to *William*,

*James*, and *Eli Hawkins*, giving his notes for the purchase money, and receiving a bond for a deed at a future day. Suit on the first note.

The contract of sale was legal, and might be fulfilled; because *William* and *James* might procure from *Eli*, or his heirs, the interest of *Eli*, or cause him or them to unite in the deed of conveyance, when the time should arrive for it to be made.

As to the construction of the will in the case, we refer to, and approve of, the decisions in the cases of *Jones* v. *Miller*, 13 Ind. 337; *Miller* v. *Keegan*, 14 *id.* 502; and *Griffin et al.* v. *Lynch et al.*, 16 *id.* 396. See, also, on this point, *Hall* v. *Priest*, 6 Gray's (Mass.) Rep. 18.

The judgment is affirmed, with 1 per cent. damages and costs.

*G. S. Orth* and *J. A. Stein*, for the appellant.

*H. W. Chase* and *J. A. Wilstach*, for the appellees.

